**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Lawrence S. Walter
United States Bankruptcy Judge

**Dated: October 14, 2010**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   MARK A. MILLER<br>   JOYCE A. MILLER<br><br>                           Debtors | CASE NO: 07-35071<br>(Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER<br>T1XX8X |

AGREED ORDER DISMISSING CASE

This matter is scheduled for hearing on September 30, 2010 upon the Chapter 13 Trustee's Motion to Dismiss (Doc. 50), and the Debtors' response thereto (Doc. 52) filed on August 6, 2010 and upon agreement of the parties,

IT IS ORDERED that:

1) the Chapter 13 Trustee's Motion to Dismiss is hereby granted;

2) the case be and hereby is dismissed.

IT IS SO ORDERED.

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner 0022205
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

/s/ REBECCA A BARTHELEMY-SMITH

REBECCA A BARTHELEMY-SMITH
#0003474
Attorney for Debtors
4133 N DIXIE DR
DAYTON, OH  45414
(937)278-4214   Fax (937)278-7344
email: rbsmith.ameritech.net

Copies To:  07-35071

JEFFREY M. KELLNER
CHAPTER 13 TRUSTEE
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

MARK A. MILLER
JOYCE A. MILLER
7678 ST. RTE. 177
CAMDEN, OH  45311

REBECCA A BARTHELEMY-SMITH
4133 N DIXIE DR
DAYTON, OH  45414

(23.1n)
ALICE WHITTEN
AMERICREDIT
BOX 183853
ARLINGTON, TX  76096

(1008.1n)
OHIO DEPT OF TAXATION
% RAYMOND PIKNA JR.
600 VINE ST  STE 2500
CINCINNATI, OH  45202

(1009.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(24.1n)
STEVEN H PATTERSON
LERNER SAMPSON & ROTHFUSS
BOX 5480
CINCINNATI, OH  45201-5480

0735071_347_20101012_155504_999/T415_gm
###